IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

SHARON AND DARREN JOHNSON   :   CIVIL ACTION

vs.   :

MIDWEST SERVICE BUREAU, INC.

  :   NO.2:10-CV-02633-CM-GLR

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Sharon and Darren Johnson, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismiss the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA  19046
215-745-9800

BY: /s/ David E. Herron, II
David E. Herron, II
Attorney for Plaintiff
ID #15783
8527 Bluejacket Street
Lenexa, KS 66214
913-495-9465