IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHARON AN DARREN JOHNSON,

      Plaintiff,

v.                            Civil No. 10-2633-CM

MIDWEST SERVICE BUREAU, INC.,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a Notice of Dismissal, (Doc. 6) on January 22, 2011. Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED** this 24th day of January, 2011 at Kansas City, Kansas.

                                      s/ Carlos Murguia
                                      **Carlos Murguia**
                                      **U.S. District Judge**